Place of hearing: Nassau, Bahamas

Docket number: 05-2MC-040
W.D.TN

Date: November 18, 2005

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED STATES
## FOR EXECUTION OF PENAL SENTENCE OF BAHAMAS

I, Devin Sherman, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United States for the execution of the penal sentence imposed on me by a court of Bahamas that:

1. My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in Bahamas;

2. My sentence will be carried out according to the laws of the United States;

3. If a court of the United States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United States, I may be returned to Bahamas for the purpose of completing my sentence if Bahamas requests my return; and,

4. Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer. I have been advised that if I am financially unable to obtain counsel, one would be appointed for me under the laws of the United States of America free of charge. My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements. I hereby consent to my transfer to the United States for the execution of the penal sentence imposed on me by a court of Bahamas.

_Devin Sherman_
Signature of transferring prisoner

Subscribed before me this 18th day of November, 2005. Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_Diane K. Vescovo_
Verifying Officer

_Diane K. Vescovo_
Diane K. Vescovo
Print name and office
U.S. Magistrate Judge
Western District of Tennessee

FILED BY _ev_ D.C.
05 NOV 21 PM 3:04
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _11/21/05_

OEO/IPTU 20-AN-English
Revised 2/02

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-MC-00040 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

USA
,

Lawrence J. Laurenzi
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT